AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13 CIV 8625

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J.K. Scanlan Company, Inc.
was received by me on *(date)* December 10, 2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Scanlan President , who is designated by law to accept service of process on behalf of *(name of organization)* J.K. Scanlan Company, Inc., 15 Research Road, East Falmouth, MA on *(date)* December 11, 2013 @ 2:15 p.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 55.00 for services, for a total of $ 55.00 .

I declare under penalty of perjury that this information is true.

Date: December 12, 2013

Server's signature

Thomas C. Hyslop
Process Server & Disinterested Person
*Printed name and title*

92 State Street 8th Floor
Boston, MA 02109
*Server's address*

Additional information regarding attempted service, etc:

Documents Served:
1. Summons;
2. Verified Complaint;
3. Individual Practices of Andrew L. Carter, Jr., and
4. Electronic Case Filing Rules and Instructions for the Case