UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                  Plaintiff,

**SHAWNLEE CONSTRUCTION, LLC**    **INDEX# 13 CIV 8625**

--- AGAINST ---                      **AFFIDAVIT OF SERVICE**

**J.K. SCANLAN COMPANY, INC., ET. AL.**
                                                  Defendant,

---

STATE OF NEW YORK)
                        )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 9th day of December, 2013, she served the Summons, Verified Complaint, Individual Pratices of Andrew L. Carter, Jr. and Electronic Case Filing Rules and Instructions at 3:01 p.m. on ORCHARD HILLS OF NEWBURGH, LLC, a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, AMY LESCH, white female with light brown hair, approximately 36 years of age, 5'6" tall and 225lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                   MARIA SCHMITZ

Sworn before me this
9th day of December, 2013

LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2015