UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWNLEE CONSTRUCTION, LLC, on behalf of itself and all other similarly situated beneficiaries of trust funds received, or to be received by defendant J.K. Scanlan Company, Inc. under Article 3-A of the New York Lien Law,

Plaintiff,

v.

J.K. SCANLAN COMPANY, INC., JOHN SCANLAN, ORCHARD HILLS OF NEWBURGH, LLC, ARCH INSURANCE COMPANY, INNOVATIVE DESIGN AND BUILDING SERVICES, LLC, METROPOLITAN FUNDING CORP., and "JOHN DOE NO. 1" through "JOHN DOE NO. 20", inclusive, as those persons and entities having an interest in real property located at Section 9, Block 1, Lot 45.21 on the Land and Tax Map of the County of Orange, Town of Newburgh, New York, and/or the trust funds received, or to be received by J.K. SCANLAN COMPANY, INC., for the improvement of said property,

Defendants.

Civil Action No.: 13-civ-8625

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                        ) ss:
COUNTY OF NEW YORK  )

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at East Brunswick, New Jersey. On December 23, 2013, I served the within Summons, Verified Complaint with supporting exhibits, Individual Practice of Andrew L. Carter Jr., and Electronic Case Filing Rules and Instructions via PERSONAL DELIVERY to the following entity and/or person at the last known address set below:

To:    METROPOLITON FUNDING CORP
        28 West 44th Street, Suite 815
        New York, NY 10036
        ATTN: Kalliope Bourekas

BY AMBA SUREN

Sworn to before me this
December 23, 2013

NOTARY PUBLIC

GEORGE SITARAS
Notary Public, State of New York
No. 02SI6147110
Qualified in Queens County
Commission Expires May 30, 2014