UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SHAWNLEE CONSTRUCTION, LLC et al

        Plaintiff(s)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**
13-CV-8625 (ALC)(KNF)

        -against-

J. K. SCANLAN COMPANY, INC., et al.,

        Defendant(s)
------------------------------------------------------X

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions and settlement)

_____ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____ Settlement

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion preliminary injunction)
Purpose: _____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: _____

SO ORDERED.

*[signature]*

DATED: December 30, 2013    New York, New York

Andrew L. Carter, Jr.
United States District Judge